No. 10247. Application of **EVERETT WITTHUN** for a Writ of Habeas Corpus.
Decided April 25, 1961.

374 P.2d 110.

PER CURIAM.

In this cause following the signing of the order, but prior to issuance of a writ of habeas corpus, information was received that petitioner had been released from the custody of the Sheriff of Powell County, Montana, to the Sheriff of Otter Tail County, Minnesota, and was being transported beyond the jurisdiction of this Court, by reason thereof the writ of habeas corpus did not issue from this Court. The matter now being moot;

It is ordered that the proceeding be dismissed.